No. 75–1696. KAZONIS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–1697. GUNNING ET AL. *v.* GRAY ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 75–1700. SMART *v.* TEXAS POWER & LIGHT CO. ET AL.; and

No. 75–1701. SMART *v.* TEXAS POWER & LIGHT CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1702. BARRY ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1703. WRIGHT MOTORS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 75–1708. LUGO *v.* EMPLOYEES RETIREMENT FUND OF THE ILLUMINATION PRODUCTS INDUSTRY ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1709. PARKER *v.* BOORSTIN, LIBRARIAN OF CONGRESS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–1711. DANIELS ET AL., DBA HEART OF THE BLACK HILLS STATIONS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–1713. PILGRIM EQUIPMENT CO., INC., ET AL. *v.* USERY, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 75–1714. CARLSBERG MOBILE HOME PROPERTIES, LTD. — '72 *v.* SIBLEY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 75–1717. BANKING BOARD OF OKLAHOMA ET AL. *v.* NEEL ET AL. Ct. Bank Review Okla. Certiorari denied.